IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HISPANIC FARMERS AND RANCHERS
OF AMERICA, INC.,

      Plaintiff,

v.                          No. CIV-11-0463 LAM/SMV

DE BRUYN PRODUCE, et al.,

      Defendants.

## ORDER FOR PARTIES TO FILE A STATUS REPORT

**THIS MATTER** is before the Court *sua sponte* upon a review of the docket and upon the Court's *Order to File a Status Report (Doc. 61)*, which ordered the parties to file status reports in this case no later than every sixty (60) days. The last status report in this case was filed September 28, 2015.

**IT IS HEREBY ORDERED THAT** the parties jointly file a status report with the Court *on or before Friday, February 26, 2016,* advising of the status of the case.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**