IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HISPANIC FARMERS AND
RANCHERS OF AMERICA INC.,

    Plaintiff,

vs.                                                                                                  No. 11-cv-0463 LAM/SMV

De BRUYN PRODUCE CO., et al.,

    Defendants.

### ORDER DENYING MOTION TO WITHDRAW

THIS MATTER is before the Court on attorney Raúl Carrillo, Jr.'s Motion to Withdraw as Counsel [Doc. 70], filed on March 2, 2016.  Mr. Carrillo requests permission to withdraw.  However, his request does not satisfy D.N.M.LR-Civ. 83.8.  Mr. Carrillo represents that his client, De Bruyn Produce Co. will continue to be represented by Florida attorney Steven E. Nurenberg.  Apparently, though, without Mr. Carrillo's association, Mr. Nurenberg is not authorized to appear in this Court under either D.N.M.LR-Civ. 83.2 or 83.3.  *See* [Doc. 11].

**IT IS THEREFORE ORDERED** that attorney Raúl Carrillo, Jr.'s Motion to Withdraw as Counsel [Doc. 70] is **DENIED without prejudice**.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**